**FILED**
CLERK, U.S. DISTRICT COURT

2/29/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GR_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY R. CARPENTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.  CV 15-0792-RAO<br><br><br>**JUDGMENT OF REMAND** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: February 29, 2016

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE