The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
MOSELLE C. LELAND (State Bar No: 268272)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
04/29/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAREY R.r CARPENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO. ED CV 15-792-RAO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND THREE HUNDRED and SIXTY-THREE DOLLARS and TEN CENTS as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: April 29, 2016

*Rozella A. Oli[signature]*
-------------------------------------------
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE